UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIJON DIXON,

Plaintiff,

v.

COLETTE S. PETERS, et al.,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530,

Defendants.

Civil Action No. 23-0738

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants, Colette S. Peters (Director of the Federal Bureau of Prisons), Michael D. Frazier (an attorney with the Federal Bureau of Prisons), Diana Lee (an attorney with the Federal Bureau of Prisons), Carlos Martinez (an attorney with the Federal Bureau of Prisons), Eugene Baime (an attorney with the Federal Bureau of Prisons), Misty Shaw (a paralegal with the Federal Bureau of Prisons), T. Amundson (Executive Assistant at the United States Penitentiary Big Sandy), Hecter Joyner (Warden of the United States Penitentiary Big Sandy), J.C. Petrucci (Regional Director of the Federal Bureau of Prisons), and Michael Carvajal (former Director of the Federal Bureau of Prisons), all sued in their official and personal capacities, (collectively, "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

1.      Defendants Frazier, Lee, and Martinez are in receipt of a Summons and Complaint in the case of *Dixon v. Peters,* No. 2022 CAB 006020 (D.C. Super. Ct.), filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"), on December 20, 2022. Neither the United States Attorney's Office nor remaining Defendants Peters, Baime, Shaw,

- 2 -

Amundson, Joyner, Petrucci, nor Carvajal have been served with a copy of the Complaint in the Civil Action. These individual defendants are listed in the Complaint. A copy of the Complaint is attached hereto as Exhibit A.

2. Defendants are components, agencies, or officials of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

*    *    *

- 2 -

Dated: March 17, 2023
      Washington, DC

                    Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
     T. ANTHONY QUINN
     D.C. Bar No. 415213
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C. 20530
     (202) 252-7558
     tony.quinn2@usdoj.gov

*Attorneys for the United States of America*